# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICK CHRISTIAN, )
)
          Plaintiff, )
)
    v. )    Civil Action No. 24-0149 (UNA)
)
JOSEPH BIDEN, *et al.*, )
)
          Defendants. )

## <u>MEMORANDUM OPINION</u>

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court cannot discern what claim or claims plaintiff intends to bring. The caption may suggest a civil rights conspiracy claim, yet the few factual allegations set forth in the complaint fall far short of stating a viable claim, rendering the complaint subject to dismissal. *See McGuire v. U.S. District Court*, No. 10-cv-0696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.). As a result, the complaint fails to comply with Federal Rules of Civil Procedure 8 and 12(b)(6).

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice. A separate order will issue.

DATE: March 18, 2024                RANDOLPH D. MOSS
                                   United States District Judge